939 So.2d 100 (2006)
ADAM CATON, Appellant,
v.
STATE OF FLORIDA, Appellee.
Case No. 2D06-2489.
District Court of Appeal of Florida, Second District.
Opinion filed September 27, 2006.
PER CURIAM.
Affirmed. See Daniels v. State, 491 So. 2d 543 (Fla. 1986); Amos v. State, 800 So. 2d 712 (Fla. 2d DCA 2001).
SALCINES, STRINGER, and SILBERMAN, JJ., Concur.
NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING MOTION AND, IF FILED, DETERMINED.